DAVID TENENBAUM, Trading as ABORN SHIRT MANUFACTURING COMPANY and TANEN SHIRT MANUFACTURING COMPANY, Appellant, v. HARTFORD FIRE INSURANCE COMPANY and Others, Respondents.— Order granting examination before trial reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion the matters sought to be the subject of examination have been fully disclosed by plaintiff's examination upon the previous trial, and by the examination made by the accountant for the defendants. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

EMMA M. UDALL, Appellant, v. JOHN C. UDALL, Respondent, and CHARLES E. SCHWEITZER, Defendant.— Judgment affirmed, without costs. (*Boyd* v. *Boyd*, 252 N. Y. 422.) Lazansky, P. J., Young and Carswell, JJ., concur; Hagarty and Tompkins, JJ., dissent and vote for reversal and a new trial upon the ground that the determination of the Special Term is against the weight of the evidence.

UNITY AMUSEMENT CO., INC., Appellant, v. EMPIRE STATE MOTION PICTURE OPERATORS UNION, INC., Respondent.— Order denying plaintiff's motion for injunction *pendente lite* and granting defendant's motion for injunction affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

ALEXANDER WEIN, Appellant, v. ROSE M. WEIN, Respondent.— Order awarding counsel fee and alimony modified so as to provide that the amount of counsel fee be reduced to $1,000, and as so modified affirmed, without costs. Under the circumstances the court is of opinion that a counsel fee of $1,000 is adequate. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.